UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| Alvin Doughty, | ) | |
|---|---|---|
| | ) | |
| Plaintiff(s), | ) | |
| vs. | ) | Case No. 4:16-cv-00019 DDN |
| | ) | |
| Midwest Neurosurgeons, | ) | |
| Defendant(s). | ) | |

## **ORDER**

The above styled and numbered case was transferred to this Court from the Western District of Kentucky on January 7, 2016 and assigned incorrectly to the Eastern Division. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:16-cv-00002.

**IT IS FURTHER ORDERED** that cause number 4:16-cv-00019 DDN be administratively closed.

GREGORY J. LINHARES,
CLERK OF COURT

Dated: January 7, 2016　　　　　　　　　　By: /s/Michele Crayton
　　　　　　　　　　　　　　　　　　　　　　Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:16-cv-00002 ACL.**